PETER SEAN BRADLEY, ESQ., #109258
PENNER, BRADLEY & SIMONIAN
1171 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-2100
Facsimile: (559) 221-2101

Attorney for Plaintiff
Benjamin McCane

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN McCANE,<br><br>   Plaintiff<br><br>v.<br><br>PETSMART, INC., a Delaware Corporation, and DOES 1 through 10, inclusive<br><br>   Defendants. | CASE NO.   1:12-cv-01339 LJO DLB<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)* and pursuant to that Settlement Agreement entered into between the parties, each party to bear its own costs and attorneys' fees.

///

The U.S. District Court will retain jurisdiction over the settlement.

Dated: April 26, 2013                                                                 Penner, Bradley & Simonian


                                                                By           /s/ Peter Sean Bradley
                                                                             Peter Sean Bradley
                                                                             Attorneys for Plaintiff

Dated: April ___, 2013                                                           Littler Mendelson, P.C.


                                                                By           /s/ Matthew E. Farmer
                                                                             Matthew E. Farmer
                                                                             Attorneys for Defendant


The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, 41(a)(1)*, and pursuant to that Settlement Agreement entered into between the parties, each party to bear its own costs and attorneys' fees.

The U.S. District Court will retain jurisdiction over the settlement. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 29, 2013**               /s/  Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE