1 PETER SEAN BRADLEY, ESQ., #109258
  PENNER, BRADLEY & SIMONIAN
2 1171 West Shaw Avenue, Suite 102
  Fresno, California 93711
3 Telephone: (559) 221-2100
  Facsimile:  (559) 221-2101
4
  Attorney for Plaintiff
5 Benjamin McCane

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN McCANE, | CASE NO.   1:12-cv-01339 LJO DLB |
| Plaintiff | |
| v. | STIPULATION AND ORDER OF DISMISSAL |
| PETSMART, INC., a Delaware Corporation, and DOES 1 through 10, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)* and pursuant to that Settlement Agreement entered into between the parties, each party to bear its own costs and attorneys' fees.

///

1    The U.S. District Court will retain jurisdiction over the settlement.

3    Dated: April 26, 2013                                         Penner, Bradley & Simonian

                                            By      /s/ Peter Sean Bradley
                                                    Peter Sean Bradley
                                                    Attorneys for Plaintiff

8    Dated: April ___, 2013                                        Littler Mendelson, P.C.

                                            By      /s/ Matthew E. Farmer
                                                    Matthew E. Farmer
                                                    Attorneys for Defendant

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, 41(a)(1)*, and pursuant to that Settlement Agreement entered into between the parties, each party to bear its own costs and attorneys' fees.

The U.S. District Court will retain jurisdiction over the settlement. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   April 29, 2013**              /s/  Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE